IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC L. WAGNER, JR., <br><br> *Petitioner,* <br><br> v. <br><br> COMMONWEALTH OF PENNSYLVANIA, *et al,* <br><br> *Respondents.* | Civil Action No. 2:25-cv-1959 <br><br> Hon. William S. Stickman IV <br> Hon. Christopher B. Brown |

## ORDER OF COURT

AND NOW, this __24__ day of February 2026, after Petitioner filed a *pro se* Notice of Removal without paying the filing fee or submitting a motion for leave to proceed *in forma pauperis* (ECF No. 1), and after a January 26, 2026, Report and Recommendation was filed by United States Magistrate Judge Christopher B. Brown recommending the matter be summarily remanded to state magisterial district court and granting the parties until February 13, 2026, to file written objections thereto (ECF No. 2), and no objections having been filed, and upon independent review of the record, the Court hereby ADOPTS Magistrate Judge Brown's Report and Recommendation (ECF No. 2) as its Opinion. It agrees with his thorough legal analysis that this matter must be summarily remanded pursuant to 28 U.S.C. § 1455(b)(4).

IT IS HEREBY ORDERED that this matter is REMANDED forthwith to the Westmoreland County Magisterial District Court for District 10-3-10, where it is docketed as *Commonwealth v. Eric Lavelle Wagner*, Docket No. MJ-10310-CR-0000293-2025. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE